**162**

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

This is an appeal from an order of the Criminal District Court of Harris County refusing to discharge appellant on his application for writ of habeas corpus and remanding him to the custody of the Sheriff, with instructions to deliver him to the agent of the demanding state.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.

Reid & Reid, J. W. Reid, Abilene, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is possession of beer and whiskey in a dry area for the purpose of sale; the punishment, six months in jail and a fine of $500.

Appellant contends that the information is fatally defective in that it was filed on the 12th day of May, 1952; therein, it is alleged that the offense complained of took place on the 12th day of May, 1952, and such information fails to allege that such offense took place "anterior to the filing of the information".

Martini v. State, 151 Tex.Cr. 215, 205 S. W.2d 988, is direct authority supporting appellant's contention.

The judgment is reversed and the cause remanded.

**THOMAS v. STATE.**

No. 25981.

Court of Criminal Appeals of Texas.

Oct. 22, 1952.

**GALLEGOS v. STATE.**

No. 25987.

Court of Criminal Appeals of Texas.

Oct. 29, 1952.

